IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:02CR402
                               )
       v.                      )
                               )
TRAVIS KORT,                   )         ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on plaintiff's request that the motion pursuant to Rule 35(b) (Filing No. 56) be scheduled for hearing. Accordingly,

IT IS ORDERED:

1) Hearing on plaintiff's motion Rule 35(b) motion is scheduled for:

**Friday, May 19, 2006, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Defendant need not be present.

2) Julie Frank is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 12th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court