### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:02CR402** |
| vs. ) | |
| ) | **ORDER** |
| **TRAVIS KORT,** ) | |
| Defendant. ) | |

Defendant Travis Kort appeared before the court on Monday, June 27, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [62]. The defendant was represented by Assistant Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney David M. Wear. The government did not request detention. The defendant was released on the same terms and conditions set forth prior to the hearing. According, the defendant should be held to answer for a final dispositional hearing before Judge Strom.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No.5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 25, 2011 at 11:30 a.m.** Defendant must be present in person.

DATED this 27th day of June, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge